PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 10, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>JULIAN IGNACIO RAMIREZ | CASE NO. 2:24-mj-0061 CSK<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: May 10, 2024

Hon. Chi Soo Kim
U.S. MAGISTRATE JUDGE

SEALING ORDER