PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
May 13, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN IGNACIO RAMIREZ,<br><br>Defendant, | CASE NO. 2:24-mj-0061 CSK<br><br>[PROPOSED] ORDER GRANTING MOTION TO UNSEAL AMENDED COMPLAINT |

Upon application of the United Staes of America and good cause having been shown, IT IS HEREBY ORDERED that the case and Amended Complaint filed on May 10, 2024 in the above-captioned matter should be, and is, unsealed. The Original filed Complaint (ECF 1) will remain sealed pending further order of the court.

DATED: May 13, 2024

_____
HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE